```
                    UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - -  x
                                   :
UNITED STATES OF AMERICA           :  No. 3:18CR272(JAM)
                                   :
           v.                      :
                                   :
DREW RANKIN,                       :
JAMES SULLIVAN,                    :
JOHN BILDA,                        :
EDWARD DEMUZZIO, and               :
EDWARD PRYOR,                      :
                                   :  New Haven, Connecticut
                      Defendants   :  July 21, 2020
                                   :
- - - - - - - - - - - - - - - - -  x
```

VIDEO STATUS CONFERENCE

BEFORE:

   THE HONORABLE JEFFREY ALKER MEYER, U.S.D.J.

Diana Huntington, RDR, CRR
Official Court Reporter

```
 1  A P P E A R A N C E S:

 2
        FOR THE GOVERNMENT:
 3
            OFFICE OF THE UNITED STATES ATTORNEY
 4              157 Church Street, 25th Floor
                New Haven, Connecticut 06510
 5          BY: SARAH P. KARWAN, AUSA
                DOUGLAS P. MORABITO, AUSA
 6              MICHAEL S. McGARRY, AUSA
                CONOR M. REARDON, AUSA
 7

 8      FOR DEFENDANT DREW RANKIN:

 9          IZZARD KINDALL & RAABE LLP
                29 South Main Street, Suite 305
10              West Hartford, Connecticut 06107
            BY: CRAIG A. RAABE, ESQ.
11

12      FOR DEFENDANT JAMES SULLIVAN:

13          LAW OFFICES OF HUBERT J. SANTOS
                51 Russ Street
14              Hartford, Connecticut 06106
            BY: TRENT ALAN LaLIMA, ESQ.
15

16      FOR DEFENDANT JOHN BILDA:

17          COWDERY & MURPHY LLC
                280 Trumbull Street, 22nd Floor
18              Hartford, Connecticut 06103
            BY: THOMAS J. MURPHY, ESQ.
19              JAMES JOHN HEALY, ESQ.

20
        FOR DEFENDANT EDWARD DEMUZZIO:
21
            JACOBS & DOW LLC
22              350 Orange Street
                New Haven, Connecticut 06503-0606
23          BY: WILLIAM F. DOW, ESQ.

24

25
```

```
 1   A P P E A R A N C E S (Continued):

 2
         FOR DEFENDANT EDWARD PRYOR:
 3
              FINN DIXON & HERLING LLP
 4                 Six Landmark Square
                   Stamford, Connecticut 06901
 5            BY:  MICHAEL Q. ENGLISH, ESQ.

 6
         FOR CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE:
 7
              SPEARS MANNING & MARTINI LLC
 8                 2425 Post Road, Suite 203
                   Southport, Connecticut 06890
 9            BY:  JOSEPH W. MARTINI, ESQ.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                            4:00 P.M.
 2            THE COURT:  Good afternoon, everybody.  This is
 3   Judge Meyer.  We are here today for a status conference in
 4   the matter of United States of America v. Drew Rankin,
 5   et al.  I know there are a number of people on the line.
 6   I'm going to go through party by party.
 7            Is there anybody here on behalf of the United
 8   States government?
 9            MR. MORABITO:  Yes, Your Honor.  Doug Morabito,
10   Mike McGarry, Sarah Karwan, and Conor Reardon.  Good
11   afternoon.
12            THE COURT:  Good afternoon.
13            And do we want to go in order for defendants?
14            Mr. Raabe.
15            MR. RAABE:  Sure, Your Honor.  Craig Raabe for
16   Drew Rankin.
17            THE COURT:  Who next?
18            Mr. Murphy.
19            MR. MURPHY:  Thomas Murphy and James Healy for
20   John Bilda, Your Honor.
21            THE COURT:  Mr. Dow.
22            MR. DOW:  Willie Dow for Mr. Demuzzio.
23            THE COURT:  Mr. LaLima.
24            MR. LaLIMA:  Trent LaLima on behalf of
25   Mr. Sullivan.
```

1           THE COURT:  Mr. English.

2           MR. ENGLISH:  Good afternoon, Your Honor.

3  Michael English for Edward Pryor.

4           THE COURT:  And I take it, is Mr. Martini on the

5  line as well?  I think he's on by telephone, I understand.

6           MR. MARTINI:  I am, Your Honor.  Thank you for

7  allowing me to participate by phone.

8           THE COURT:  All right.  And Mr. Martini is for

9  purposes of the company CMEEC.

10          So thanks for calling in.  I wanted just to

11 schedule this status conference for purposes of checking

12 in with you about scheduling in this case.  As everybody

13 knows, we've been through the ringer in terms of the last

14 trial dates that we had hoped would go forward in February

15 being postponed until next October.  And then I trust that

16 all of you are familiar with Chief Judge Underhill's

17 recent order from last week that has suspended criminal

18 jury trials until at least November of this year.  And I

19 really wanted to touch base with you because obviously it

20 has an effect on what we would plan to do in October, to

21 get your thoughts about scheduling the trial again and any

22 other additional concerns you might want to raise.

23          MR. DOW:  Can I jump in?

24          THE COURT:  Of course, Mr. Dow.

25          MR. DOW:  The defendants have spoken taking into

1   account exactly what you just said, and we've talked
2   informally with the government.  I don't want to speak for
3   the government.  Our assessment, our expectation was
4   October would be out.  And really you'd have to really go
5   into next year as a reality.  We talked about April.  We
6   thought April was a reasonable target for all of us,
7   people's schedules, timing of putting things together.
8   One of the problems, the obvious one is just getting
9   jurors who will at least respond to a jury call, you know.
10  So just taking all that into account, that seemed to be a
11  reasonable target.
12          We've discussed that with the government.  They
13  were waiting for input from CMEEC.  And I'm sure they'll
14  convey whatever their position is.  We think it's
15  reasonable, we think it's realistic, and we think we can
16  get it done.
17          THE COURT:  I see.  Okay.
18          Mr. Morabito or anybody else from the
19  government?
20          MR. MORABITO:  Thank you, Your Honor.
21          Judge, I think the government is prepared to
22  proceed when the Court sets down whatever date it decides.
23  I think Mr. Dow raised a number of concerns with me in an
24  email and then on a phone call regarding obviously the
25  situation in Connecticut with COVID.  So there were some

1  concerns he had for himself, co-counsel, other defense
2  counsel, and clients.
3          I spoke briefly on a few occasions with
4  Mr. Martini just to get CMEEC's position on that.  I don't
5  want to speak for them because Mr. Martini is on the
6  phone, and I think it makes more sense to let him convey
7  CMEEC's position on further continuance.  But the
8  government is prepared to proceed whenever the Court deems
9  that's safe and possible to do so.
10         THE COURT:  I see.  Okay.
11         Mr. Martini, do you have anything to add, sir?
12         MR. MARTINI:  I would, Your Honor.  Just to say
13 that we would -- obviously cognizant of all the safety
14 concerns for everyone involved in the process, but CMEEC's
15 position is their preference would be that the trial
16 proceed in November or as soon thereafter as the Court's
17 schedule would allow or as soon thereafter as the district
18 feels it's safe to proceed.
19         And with respect to the proposal that a trial be
20 postponed to until April, that's a fairly lengthy
21 continuance and it presents some concerns to CMEEC in
22 terms of the ongoing costs that it will have to incur with
23 respect to advancement of counsel and the like.  The
24 sooner the better from our perspective, Your Honor,
25 recognizing all of the concerns that the Court and we all

1  have to grapple with.

2              MR. DOW:  If I can jump in.  I don't want to
3  make this a personal thing.  My client is 78 years old.
4  I'm 78.  Kenny Rosenthal is either 76 or 77.  And the
5  other defendants, many of the defendants who are advanced
6  age, I think that's something to be considered.  And how
7  we ever get enough people to show up and be chosen and be
8  willing to sit through a long trial, you know, I think
9  those are legitimate concerns worthy of consideration.

10             THE COURT:  Okay.

11             MR. RAABE:  Your Honor, this is Craig Raabe for
12  Mr. Rankin, if I may?

13             THE COURT:  Of course.

14             MR. RAABE:  We all understand, I think, the bind
15  that everyone in society, including the Court, are in
16  under these circumstances.  But to echo what Mr. Dow said,
17  we have talked informally about potential constitutional
18  implications with regard to jury veneers and jury
19  selection and how that would work.  I am hopeful that the
20  talk we hear, especially yesterday, of a vaccine towards
21  the end of the year, beginning of the next year may be
22  helpful, but I am concerned about forging ahead with jury
23  selection under these circumstances for the health and
24  safety of the jurors, for our participants, and what
25  impact that would have both in terms of who shows up for

1   jury selection and their attention at trial.  And it seems
2   to me we can avoid those issues -- potentially avoid those
3   issues by an April trial date.
4           THE COURT:  I understand.
5           Any other counsel want to weigh in?  Mr. Murphy,
6   it looks like you might?
7           MR. MURPHY:  Your Honor, I just wanted to echo
8   the same constitutional concerns, particularly
9   concerning -- despite Your Honor's ruling today on the
10  jury selection process or maybe even because of it, I
11  think we can recognize that there are some fair cross
12  section concerns for the reason Mr. Dow just related.  Who
13  knows who will show up as the jury pool?  We're going to
14  need a large one.
15          I note that Judge Underhill's order reflects a
16  preference in the first instance for short trials.  I
17  think we've all estimated from the beginning of this case
18  that this was at least a month-long trial with a lot of
19  people in the courtroom.  Many of counsel and clients are
20  in the concerning age group.  So I wanted to reiterate
21  those concerns, say that we have the same constitutional
22  concerns that Attorney Dow and Attorney Raabe just
23  indicated.
24          THE COURT:  Thank you, Mr. Murphy.
25          Anybody else in terms of counsel?

1          MR. LaLIMA:  I would concur with other
2  defendants' counsel's statement in all areas.
3          THE COURT:  All right.  So my sense of this is
4  that November would be a very aggressive date to try to go
5  forward in this case.  Wholly apart from the very
6  legitimate health concerns raised by Mr. Dow and by other
7  counsel, we are very much at the beginning in terms of
8  restarting juries again in the District of Connecticut,
9  it's just the reality.  We are trying to start up some of
10  the civil jury trials in September for very short ones.
11  The ones that will get priority in November will be ones
12  where people are detained and have been detained,
13  unfortunately, for a very long time in some cases, and
14  cases which are going to be shorter in duration.
15          When we look at this case, as I see it, it's a
16  great hardship to everybody to have to wait.  It's
17  uncertainty for all concerned.  It's expensive.  I
18  understand all of that.  On the other hand, I don't see
19  that kind of -- we don't have people who are presently
20  detained, of course.  And we have a great deal of
21  complexity here with respect to just, as Mr. Murphy
22  referred to, with respect to the issues of jury selection
23  that I think we're starting to encounter.  And then just
24  the sheer number of not just number of jurors who we would
25  need to bring in, we need to have a much longer

1   conversation as we get closer in terms of the structuring
2   of the jury selection process hopefully in ways that avoid
3   having 100 jurors at one time in a courtroom.  But we have
4   to be thinking about the fact that there will be so many
5   persons in the courtroom who are just the basic
6   participants from defendants, defendants' families,
7   defense counsel, and of course the large number of counsel
8   for the government and interested parties there.  So we're
9   talking about an immensely complex case that also involves
10  a very lengthy trial over the period of a month.  I think
11  I had it down for three weeks, but it sounds like you're
12  thinking it can go longer than that.  Certainly jury
13  deliberations, in my experience, tend to go long in these
14  kinds of cases, so it's a month-long trial in which we
15  would be together in common space throughout that time.
16          So I am persuaded by basically all the reasons
17  that defendants' counsel have said for why it makes sense
18  to target an April of 2021 date.  It's free on my calendar
19  now.  And it's regrettable that we're even in this
20  position, but we are.  And it seems like it's going to be
21  much more realistic.  We're going to know, as a district,
22  in terms of much more about how to conduct jury trials in
23  the COVID era.  Maybe we'll have a vaccine or maybe we'll
24  have other fixes or maybe we'll have a real change in
25  circumstances for the better in the public health context,

1 but I think I'm persuaded, especially given the
2 particulars of this case, that it makes sense to continue
3 the trial until April.
4 　　　　　So I do pick the jury in the first week of
5 April, first Thursday of April.  I'm not sure right now
6 which date that would be, but it would be my intent to go
7 ahead and set that date for jury selection.  And then to
8 reset dates, as necessary, for kind of leading up to with
9 motions in limine and the other kind of pretrial
10 submissions that we would anticipate needing, and on the
11 basis of I think all counsel's agreement that everybody is
12 available in the month of April, as I certainly am.
13 　　　　　So we'll enter an order to that effect along
14 with the required findings under the Speedy Trial Act as
15 well, with the understanding that certainly defendants
16 consent to this, I believe that the government is not
17 opposing moving the trial until April, has the concerns,
18 and I understand the concerns expressed by Mr. Martini
19 here.  I just think they're outweighed in this case by all
20 the reasons we stated.
21 　　　　　MR. MORABITO:  I understand.  Thank you,
22 Your Honor.
23 　　　　　MR. MARTINI:  What I might say, Your Honor, in
24 terms of cost, what we're really concerned about, of
25 course, are the members of the utility and their

Case 3:18-cr-00272-JAM Document 266 Filed 09/02/20 Page 13 of 14
13

1   corresponding rate payers.  Not to try to put one group of
2   people above others, but I just wanted the Court to know
3   that that's the underlying concern, as I'm sure Your Honor
4   knows.
5              THE COURT:  I understand.  Okay.
6              MR. MURPHY:  Your Honor, if I may, I assume the
7   order will also move the pretrial activity dates along
8   with the trial date?
9              THE COURT:  It sure will, yes.  As I said, I'll
10  make sure to move the motions in limine dates and all the
11  other dates that we had in place before.  And if there's
12  concerns about those dates, just feel free to reach out.
13             All right.  Is there anything else to take up at
14  this point?
15             MR. MORABITO:  Not from the government,
16  Your Honor, no.
17             MR. DOW:  Not from me, No.
18             THE COURT:  All right.  I thank you all for
19  calling in.  Please stay safe.
20                  (Proceedings adjourned at 4:16 p.m.)
21
22
23
24
25

1
2              C E R T I F I C A T E
3
4    RE: UNITED STATES OF AMERICA v. DREW RANKIN, ET AL.
5                  No. 3:18CR272(JAM)
6
7         I, Diana Huntington, RDR, CRR, Official Court
8    Reporter for the United States District Court for the
9    District of Connecticut, do hereby certify that the
10   foregoing Pages 1 through 13 are a true and accurate
11   transcription of my shorthand notes taken in the
12   aforementioned matter to the best of my skill and ability.
13
14
15
16
17                    _____/s/_____
18                    DIANA HUNTINGTON, RDR, CRR
                         Official Court Reporter
19                    United States District Court
                      141 Church Street, Room 147
20                    New Haven, Connecticut 06510
                            (860) 463-3180
21
22
23
24
25